A. P. WILLIAMS IRON & BRONZE CO., INC., Judgment Creditor, Appellant, v. FRANK DONNELLY, Judgment Debtor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY E. MOLLER, Respondent, v. CHARLES G. MOLLER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Estate of ARTURO FASANO, Deceased. GIUSEPPINA FASANO, Individually and as Administratrix, etc., of ARTURO FASANO, Deceased, Appellant; ANGELINA V. LATONA, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CORT VENDRAMIS, Respondent, v. GREGORY FEREND, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSE DeWITT LEWIS, Respondent, v. EDMUND VAUGHN LEWIS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. It appears that this case will shortly be reached for trial at which time the amount of alimony can be accurately determined after a full hearing. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ROBERT W. DEMOTT and Others, Trustees under Section 27 of the Lien Law under the Contract between THE STATE OF NEW YORK and LOUIS LEVINE, Contract No. 1677, Appellants, for an Order Discharging the Lien Filed by LOUIS LEVINE on December 28, 1936, in the Sum of $3,176.68 against the Funds Applicable to Contract No. 1677 Pursuant to Section 21-a of the Lien Law of the State of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARION E. WEIDLICH, Respondent, v. THOMAS B. FELDER, Appellant, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IRVING ABRAMSON, as Administrator, etc., of MIRIAM GLASSMAN, Appellant, v. ISAAC GLASSMAN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Untermyer, JJ.

In the Matter of the Assignment for the Benefit of Creditors of MOUNTAIN GROVE CHEESE CORP., Assignor, to PHILIP E. DE VOS, Assignee, Appellant, LOUIS KUSHNER, Claimant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.